NDFL PROB 12C
12/04

# United States District Court
### for the
### Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Marcus Ladryl Hathcock | Case Number: | 1:03CR27-001 |

Name of Sentencing Judicial Officer:    The Honorable Maurice M. Paul
                                        Senior United States District Judge

Date of Original Sentence:    March 31, 2005.

Original Offense:    Failure to Appear, in violation of 18 U.S.C.§§ 3146(a)(1) and (b)(1)(A)(i) a Class "C" Felony.

Original Sentence:    36 months imprisonment consecutive to the sentence imposed in 1:02CR43-004(ss), followed by three (3) years supervised release, later reduced to time served pursuant to a Rule 35 Motion.

Type of Supervision:    Supervised Release    Date Supervision Commenced:    June 15, 2011

Asst. U.S. Attorney:    Frank Williams    Defense Attorney:    Stephen Bernstien, Esq.

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | <u>Violation of mandatory condition,</u> by failing to refrain from using or possessing a controlled substance. In that, on or about July 5, 2011, the supervised releasee provided a urine specimen that later tested positive for the presence of cocaine and cannabis. The defendant later admitted to using these substances prior to providing the urine sample. |

U.S. Probation Officer Recommendation: That a summons be issued for the defendant to appear before the Court to show cause why his term of supervised release should not be revoked.

RE: Marcus Ladryl Hathcock, Dkt #1:03CR27-001
Petition for Warrant or Summons for Offender Under Supervision
Page #2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 11, 2011

Glenn H. McInnes
Sr. U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Sept. 20, 2011
Date

Warrant/Summons Issued: 9/20/11
Date

Deputy Clerk